# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| | | |
|---|---|---|
| **1. Person Reporting** *(Last name, first, middle initial)*<br><br>JOYNER, J. CURTIS | **2. Court or Organization**<br><br>U.S. DISTRICT COURT | **3. Date of Report**<br><br>5/12/2005 |
| **4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. DISTRICT COURT JUDGE - ACTIVE | **5. Report Type** (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial ___X___ Annual ___ Final | **6. Reporting Period**<br><br>1/01/2004 - 12/31/2004 |
| **7. Chambers or Office Address**<br>8613 U.S. COURTHOUSE<br>INDEPENDENCE MALL WEST<br>PHILADELPHIA, PA 19106 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 EXECUTOR | ESTATE #1 |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2004 Wages | COMMONWEALTH OF PA - HIGHER EDUCATION | |
| 2 2004 | COUNCIL ON SOCIAL WORK EDUCATION | |

2005 MAY 16 P 1:30 FINANCIAL DISCLOSURE OFFICE RECEIVED

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | JUST THE BEGINNING FOUNDATION | CONFERENCE HONORING AFRICAN-AMERICAN FEDERAL JUDGES, LOEW HOTEL, PHILADELPHIA, PA |
| 2 | | (FOOD and HOTEL) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:   J=$15,000 or less        K=$15,001-$50,000        L=$50,001-$100,000        M=$100,001-$250,000
                N=$250,001-$500,000       O=$500,001-$1,000,000                              P1=$1,000,001-$5,000,000
                P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000                         P4=50,000,001 or more

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| **J. CURTIS JOYNER** | **5/12/05** |

## VII.  Page 1  INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt Code1 (A-H) | (2) Type (e.g., div., ent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | **NONE**  (No reportable income, | | | | | | | | | |
| 1 | **Merrill Lynch - Capital Fund Class B - Mutual Fund** | A | div. | J | T | | | | | |
| 2 | **CATS Principal Series K** | A | int. | K | T | | | | | |
| 3 | **Zero % Bond** | | | | | | | | | |
| 4 | **Sentinel Funds** | A | div. | J | T | | | | | |
| 5 | **IRA Mutual Fund** | | | | | | | | | |
| 6 | **Citizens - IRA** | A | int. | J | T | | | | | |
| 7 | **Citizens - IRA** | A | int. | J | T | | | | | |
| 8 | **Minnesota Mutual Life Annuity** | A | int. | J | T | | | | | |
| 9 | **Chester Valley Bancorp,** | A | div. | J | T | | | | | |
| 10 | **Inc., Common** | | | | | | | | | |
| 11 | **Vanguard World Fund - IRA** | A | int. | K | T | | | | | |
| 12 | **The First National Bank of** | A | div. | J | T | | | | | |
| 13 | **Boston TR IRA - MFS Growth** | | | | | | | | | |
| 14 | **Opportunities Fund A** | | | | | | | | | |
| 15 | **Citizens Bank  "Account"** | | int. | K | T | | | | | |
| 16 | **Estate #1** | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatur  _____     Date _May 12, 2005_

NOTE:  ____  FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJE____, § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544